JENNIFER K. HOSTETLER
Nevada Bar No. 11994
jhostetler@lrrc.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169
Tel: (702) 949-8200
Fax: (702) 949-8378

TARA M. LEE*
tara.lee@whitecase.com
SCOTT LERNER*
scott.lerner@whitecase.com
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
Tel: (202) 626-3600
Fax: (202) 639-9355
*Will comply with LR IA 11-2 within 45 days

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GENE DARROUGH, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SOC, LLC, a Delaware limited liability company; SOC-SMG, INC., a Nevada corporation; DAY & ZIMMERMANN, INC., a Maryland corporation; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.:   2:20-cv-01951-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br>**[FIRST REQUEST]** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Defendants SOC LLC ("SOC"), SOC-SMG, Inc. ("SOC-SMG"), and Day & Zimmermann, Inc. ("Day & Zimmermann") (collectively "Defendants") and Plaintiff Gene Darrough by and through their respective counsel of record, hereby stipulate and agree to the following:

112636382.1

1. On September 30, 2020, Plaintiff filed his Complaint against Defendants. *See* ECF No. 1-2. Plaintiff purportedly served the Summons and Complaint on SOC-SMG and SOC on October 1, 2020. Plaintiff has not yet served Day & Zimmermann.

2. Defendants removed this action to this Court on October 21, 2020. *See* ECF No. 1.

3. Defendants' answer or response to the Complaint is, therefore, due on October 28, 2020. *See* Fed. R. Civ. P. 81(c).

4. Plaintiff and Defendants agree that Defendants shall have up to and including November 20, 2020, to answer or otherwise respond to Plaintiff's Complaint.

/ / /

5.      This is the first request for an extension of time to answer or respond to the Complaint. The extension is requested in good faith to provide Defendants with sufficient time to review Plaintiff's allegations with counsel and to answer or otherwise respond to the Complaint.

DATED this 26th day of October, 2020.

| | |
|---|---|
| EARLY SULLIVAN WRIGHT GIZER & McRAE LLP | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| By: /s/ Scott E. Gizer<br>Scott E. Gizer (#12216)<br>sgizer@earlysullivan.com<br>8716 Spanish Ridge Avenue, Suite 105<br>Las Vegas, NV 89148<br>Tel: (702) 331-7593<br>Fax: (702) 331-1652 | By: /s/ Jennifer K. Hostetler<br>Jennifer K. Hostetler (#11994)<br>jhostetler@lrrc.com<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169<br>Tel: (702) 949-8200<br>Fax: (702) 949-8398 |
| Attorneys for Plaintiff | WHITE & CASE LLP |
| | By: /s/ Scott Lerner<br>Tara M. Lee*<br>tara.lee@whitecase.com<br>Scott Lerner*<br>Scott.lerner@whitecase.com<br>701 Thirteenth Street, NW<br>Washington, DC 20005-3807<br>Tel: (202) 626-3600<br>Fax: (202) 639-9355 |
| | *Will comply with LR IA 11-2 within 45 days |
| | Attorneys for Defendants |

**IT IS SO ORDERED**

**DATED:** 4:21 pm, October 30, 2020

*[signature]*

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**