JENNIFER K. HOSTETLER
Nevada Bar No. 11994
jhostetler@lrrc.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169
Tel: (702) 949-8200
Fax: (702) 949-8378

TARA M. LEE, *Pro Hac Vice*
tara.lee@whitecase.com
SCOTT LERNER, *Pro Hac Vice*
scott.lerner@whitecase.com
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
Tel: (202) 626-3600
Fax: (202) 639-9355

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GENE DARROUGH, an individual, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>SOC LLC, a Delaware limited liability company; SOC-SMG, Inc., a Nevada corporation; DAY & ZIMMERMANN, INC., a Maryland corporation; and DOES 1-20, inclusive,<br><br>    Defendants. | Case No.: 2:20-cv-01951-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES FOR MOTION TO DISMISS AND MOTION FOR REMAND [FIRST REQUEST]** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Plaintiff Gene Darrough ("**Plaintiff**") and Defendants SOC LLC ("**SOC**"), SOC-SMG, Inc. (**SOC-SMG**"), and Day & Zimmermann, Inc. ("**Day & Zimmermann**") (collectively, "**Defendants**"), hereby stipulate and agree to the following:

1.    On November 20, 2020, Defendants filed their Motion to Dismiss and Plaintiff filed his Motion for Remand. *See* ECF Nos. 15, 17. Under LR 7-2, oppositions to both motions would be due on December 4, 2020, and replies in support of both motions would be due on

Lewis Roca
ROTHGERBER CHRISTIE

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

1  December 11, 2020.

2       2.     Plaintiff and Defendants agree to a modified briefing schedule, such that:

3          • Plaintiff's Opposition to Defendants' Motion to Dismiss is due no later

4            than December 23, 2020;

5          • Defendants' Opposition to Plaintiff's Motion for Remand is due no later

6            than December 23, 2020;

7          • Plaintiff's Reply in support of his Motion for Remand is due no later than

8            January 15, 2020; and

9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

112914260.1

- Defendants' Reply in support of their Motion to Dismiss is due no later than January 15, 2020.

DATED this 27th day of November 2020.

EARLY SULLIVAN WRIGHT GIZER & McRAE LLP

By:  /s/ Scott E. Gizer
Scott E. Gizer (#12216)
sgizer@earlysullivan.com
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, NV 89148
Tel: (702) 331-7593
Fax: (702) 331-1652

*Attorney for Plaintiff*

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By:  /s/ Jennifer K. Hostetler
Jennifer K. Hostetler (#11994)
jhostetler@lrrc.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel:  (702) 949-8200
Fax: (702) 949-8398

WHITE & CASE LLP

By:  /s/ Tara M. Lee
Tara M. Lee, *Pro Hac Vice*
tara.lee@whitecase.com
Scott Lerner, *Pro Hac Vice*
Scott.lerner@whitecase.com
701 Thirteenth Street, NW
Washington, DC  20005-3807
Tel:  (202) 626-3600
Fax: (202) 639-9355

*Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED:   November 30, 2020

112914260.1