**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| GENE DARROUGH,<br><br>　　　　Plaintiff<br><br>　v.<br><br>SOC LLC, et al.,<br><br>　　　　Defendants<br>_____<br><br>NICHOLAS DEFIORE, et al.,<br><br>　　　　Plaintiffs<br><br>　v.<br><br>SOC LLC, et al.,<br><br>　　　　Defendants | Case No. 2:20-cv-01951-APG-BNW<br><br>**ORDER TRANSFERRING CASE**<br><br><br><br><br><br>Case No. 2:20-cv-01981-JAD-DJA |

　　　The defendants in these two cases filed notices of related cases. The judges to whom these actions are assigned have reviewed the notices and case dockets. Exercising their discretion, the undersigned judges find that transfer of these actions to a single district judge and magistrate judge would aid in the efficient disposition of these cases. *See* LR 42-1. However, the defendants' request to transfer the cases to Chief Judge Du is denied because she has no active, related case.

　　　IT IS THEREFORE ORDERED that Case No. 2:20-cv-01981-JAD-DJA is reassigned to Judge Andrew Gordon and Magistrate Judge Brenda Weksler for all further proceedings. All future filings in that case shall bear Case No. 2:20-cv-01981-APG-BNW.

　　　DATED this 3rd day of December, 2020.

_____　　　_____
JENNIFER A. DORSEY　　　　　　　　　　ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE　　　　UNITED STATES DISTRICT JUDGE