E. LEIF REID, Bar No. 5750
lreid@lewisroca.com
JENNIFER K. HOSTETLER
Nevada Bar No. 11994
jhostetler@lewisroca.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169
Tel:  (702) 949-8200
Fax:  (702) 949-8378

TARA M. LEE, *Pro Hac Vice*
tara.lee@whitecase.com
SCOTT LERNER, *Pro Hac Vice*
scott.lerner@whitecase.com
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
Tel: (202) 626-3600
Fax: (202) 639-9355

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GENE DARROUGH, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SOC LLC, a Delaware limited liability company; SOC-SMG, Inc., a Nevada corporation; DAY & ZIMMERMANN, INC., a Maryland corporation; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01951-CDS-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION TO INTERVENE**<br>**[FIRST REQUEST]** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Defendants SOC LLC ("SOC"), SOC-SMG, Inc. ("SOC-SMG"), and Day & Zimmermann, Inc. ("Day & Zimmermann") (collectively "Defendants") and Proposed-Intervenor Gregory Niffen by and through their respective counsel of record, hereby stipulate and agree to the following:

1. On May 23, 2024, Proposed-Intervenor Gregory Niffen filed a Motion to Intervene and a proposed Complaint-in-Intervention.  *See* ECF Nos. 48, 48-1.

125083896.1

2.     Defendants' deadline to respond to Proposed-Intervenor's Motion to Intervene is currently June 6, 2024.

3.     On June 5, 2024, Proposed-Intervenor filed an Errata informing the Court that the Proposed Complaint-in-Intervention contained a typographical error concerning the Proposed-Intervenor's employment dates.  *See* ECF No. 49.

4.     Defendants contend that these recent changes have a meaningful impact on Defendants' legal arguments in opposition to the Proposed-Intervenor's Motion to Intervene.

5.     In light of these changes, counsel for the Proposed-Intervenor and Defendants have agreed to a one-week extension of Defendants' deadline to file their opposition to the Proposed-Intervenor's Motion to Intervene.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

125083896.1

6. The new deadline to file would be June 13, 2024.

DATED this 6th day of June 2024.

| | |
|---|---|
| EARLY SULLIVAN WRIGHT GIZER & McRAE LLP | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| By: /s/ Scott E. Gizer<br>Scott E. Gizer (#12216)<br>sgizer@earlysullivan.com<br>8716 Spanish Ridge Avenue, Suite 105<br>Las Vegas, NV 89148<br>Tel: (702) 331-7593<br>Fax: (702) 331-1652<br><br>*Attorney for Plaintiffs* | By: /s/ Jennifer K. Hostetler<br>E. Leif Reid (#5750)<br>lreid@lewisroca.com<br>Jennifer K. Hostetler (#11994)<br>jhostetler@lewisroca.com<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169<br>Tel: (702) 949-8200<br>Fax: (702) 949-8398<br><br>WHITE & CASE LLP<br><br>By: /s/ Tara M. Lee<br>Tara M. Lee, *Pro Hac Vice*<br>tara.lee@whitecase.com<br>Scott Lerner, *Pro Hac Vice*<br>scott.lerner@whitecase.com<br>701 Thirteenth Street, NW<br>Washington, DC 20005-3807<br>Tel: (202) 626-3600<br>Fax: (202) 639-9355<br><br>*Attorneys for Defendants* |

IT IS SO ORDERED.

DATED: 6/11/2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

125083896.1