1  E. LEIF REID, Bar No. 5750
   lreid@lewisroca.com
2  JENNIFER K. HOSTETLER
   Nevada Bar No. 11994
3  jhostetler@lewisroca.com
   LEWIS ROCA ROTHGERBER CHRISTIE LLP
4  3993 Howard Hughes Parkway, Ste. 600
   Las Vegas, Nevada 89169
5  Tel:  (702) 949-8200
   Fax:  (702) 949-8378
6
7  TARA M. LEE, *Pro Hac Vice*
   tara.lee@whitecase.com
8  SCOTT LERNER, *Pro Hac Vice*
   scott.lerner@whitecase.com
9  WHITE & CASE LLP
   701 Thirteenth Street, NW
10 Washington, DC 20005-3807
   Tel: (202) 626-3600
11 Fax: (202) 639-9355

12 Attorneys for Defendants

13              UNITED STATES DISTRICT COURT
                    DISTRICT OF NEVADA

14 GENE DARROUGH, an individual, on behalf of      Case No.: 2:20-cv-01951-CDS-DJA
   himself an all others similarly situated,
15                                                  STIPULATION AND ORDER TO
                        Plaintiff,                  EXTEND DEADLINE TO RESPOND
16                                                  TO FIRST AMENDED COMPLAINT
   vs.                                              [FIRST REQUEST]
17
   SOC LLC, a Delaware limited liability company;
18 SOC-SMG, Inc., a Nevada corporation; DAY &
   ZIMMERMANN, INC., a Maryland corporation;
19 and DOES 1-20, inclusive,

20                      Defendants.

21 NICHOLAS DEFIORE, an individual; et al.,         Case No.: 2:20-cv-01981-CDS-DJA

22                      Plaintiffs,

23 vs.

24 SOC LLC, a Delaware limited liability company
   registered and doing business in Nevada as SOC
25 NEVADA LLC; SOC-SMG, Inc., a Nevada
   Corporation; DAY & ZIMMERMANN, INC., a
26 Maryland corporation; and DOES 1-20, inclusive,

27                      Defendants.

28

125083884.1

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Defendants SOC LLC ("SOC"), SOC-SMG, Inc. ("SOC-SMG"), and Day & Zimmermann, Inc. ("Day & Zimmermann") (collectively, "Defendants") and Plaintiff Gene Darrough and Plaintiffs Nicholas DeFiore et al. (collectively "Plaintiffs") by and through their respective counsel of record, hereby stipulate and agree to the following:

1.      On August 13, 2024, Plaintiffs filed their First Amended Complaint against Defendants.  *See* ECF Nos. 56.

2.      Defendants' deadline to respond to Plaintiffs' First Amended Complaint is currently on August 27, 2024.

3.      Plaintiffs and Defendants agree that Defendants shall have up to and including September 10, 2024, to file their renewed Motion to Dismiss the Plaintiffs' First Amended Complaint. Plaintiffs and Defendants also agree that Plaintiffs will have until October 8, 2024, to file their Opposition to the Renewed Motion to Dismiss, and that Defendants will have until October 22, 2024, to file their Reply.

///
///
///
///
///
///
///
///
///
///
///
///
///

125083884.1

4.      This is the first request for an extension of time to respond to the First Amended Complaint.  The extension is requested in good faith to provide Defendants with sufficient time to review Plaintiffs' allegations with counsel and to answer or otherwise respond to the First Amended Complaint.

DATED this 21st day of August, 2024.

EARLY SULLIVAN WRIGHT
GIZER & McRAE LLP

By:  */s/ Scott E. Gizer*
Scott E. Gizer (#12216)
sgizer@earlysullivan.com
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, NV 89148
Tel: (702) 331-7593
Fax: (702) 331-1652

Attorney for Plaintiffs

LEWIS ROCA ROTHGERBER CHRISTIE
LLP

By:  */s/ Jennifer K. Hostetler*
E. Leif Reid (#5750)
lreid@lewisroca.com
Jennifer K. Hostetler (#11994)
jhostetler@lewisroca.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel:  (702) 949-8200
Fax: (702) 949-8398

In association with

WHITE & CASE LLP

By:  */s/ Tara M. Lee*
Tara M. Lee, *Pro Hac Vice*
tara.lee@whitecase.com
Scott Lerner, *Pro Hac Vice*
scott.lerner@whitecase.com
701 Thirteenth Street, NW
Washington, DC  20005-3807
Tel:  (202) 626-3600
Fax: (202) 639-9355

Attorneys for Defendants

## **ORDER**

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 8/23/2024

125083884.1