E. LEIF REID, NV Bar No. 5750
leif.reid@wbd-us.com
JENNIFER K. HOSTETLER, NV Bar No. 11994
jennifer.hostetler@wbd-us.com
KRISTIN L. MARTINI, NV Bar No. 11272
kristen.martini@wbd-us.com
**WOMBLE BOND DICKINSON US LLP**
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169
Tel: (702) 949-8200
Fax: (702) 949-8378

TARA M. LEE, *Pro Hac Vice*
tara.lee@whitecase.com
SCOTT LERNER, *Pro Hac Vice*
scott.lerner@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, NW
Washington, DC 20005-3807
Tel: (202) 626-3600
Fax: (202) 639-9355

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GENE DARROUGH, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SOC LLC, a Delaware limited liability company; SOC-SMG, Inc., a Nevada corporation; DAY & ZIMMERMANN, INC., a Maryland corporation; and DOES 1-20, inclusive,<br><br>Defendants. | **NOTICE OF DISASSOCIATION OF COUNSEL – JENNIFER K. HOSTETLER**<br><br>Case No.: 2:20-cv-01951-CDS-DJA |
| NICHOLAS DEFIORE, an individual; et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>SOC LLC, a Delaware limited liability company registered and doing business in Nevada as SOC NEVADA LLC; SOC-SMG, Inc., a Nevada Corporation; DAY & ZIMMERMANN, INC., a Maryland corporation; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01981-CDS-DJA |

4912-9058-2084.1

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Jennifer K. Hostetler, Esq., of the law firm Womble Bond Dickinson (US) LLP, has disassociated from the above-captioned matter as counsel of record for Defendants SOC LLC, SOC Nevada LLC; SOC-SMG, Inc., and Day & Zimmermann, Inc., and should be removed from all future services.

Defendants SOC LLC, SOC Nevada LLC; SOC-SMG, Inc., and Day & Zimmermann, Inc. shall continue to be represented by E. Leif Reid, Esq. and Kristin L. Martini, Esq., of the law firm of Womble Bond Dickinson (US) LLP.

DATED this 7th day of July 2025.

**WOMBLE BOND DICKINSON (US) LLP**

By: */s/ Jennifer K. Hostetler*
E. LEIF REID, NV Bar No. 5750
leif.reid@wbd-us.com
JENNIFER K. HOSTETLER, NV Bar No. 11994
Jennifer.hostetler@wbd-us.com
3993 Howard Hughes Parkway, Ste. 600
KRISTIN L. MARTINI, NV Bar No. 11272
kristen.martini@wbd-us.com
Las Vegas, Nevada 89169
Tel: (702) 949-8200
Fax: (702) 949-8378

**WHITE & CASE LLP**

By: */s/ Tara M. Lee*
Tara M. Lee, *Pro Hac Vice*
tara.lee@whitecase.com
Scott Lerner, *Pro Hac Vice*
scott.lerner@whitecase.com
701 Thirteenth Street, NW
Washington, DC 20005-3807
Tel: (202) 626-3600
Fax: (202) 639-9355

*Attorneys for Defendants*

**IT IS SO ORDERED**.

DATED: 7/29/2025

_____
Daniel J. Albregts
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

Pursuant to NEFCR 9, NRCP 5(b), and EDCR 7.26, I certify that on July 7, 2025, I served a copy of **NOTICE OF DISASSOCIATION OF COUNSEL, JENNIFER K. HOSTETLER** on all parties as follows:

☒ Electronic Service – By serving a copy thereof through the Court's electronic service system via the Odyssey Court e-file system;

☐ E-mail – By serving a copy thereof at the email addresses listed below; and

☐ U.S. Mail—By depositing a true copy thereof in the U.S. mail, first class postage prepaid and addressed as listed below.

   */s/ Lisa M. Noltie*
An employee of
Womble Bond Dickinson (US) LLP

4912-9058-2084.1

- 3 -