Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, NV 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Attorneys for Plaintiff
GENE DARROUGH

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| GENE DARROUGH, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>SOC LLC, A Delaware limited liability company registered and doing business in Nevada as SOC NEVADA LLC; SOC-SMG, Inc., a Nevada Corporation; DAY & ZIMMERMAN, INC., a Maryland corporation; and DOES 1-20, inclusive,<br><br>Defendants | Case No.: 2:20-cv-01951-CDS-BNW<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |



EARLY
SULLIVAN
WRIGHT
GIZER &
McRAE LLP
ATTORNEYS AT LAW
569570

1
**STIPULATION FOR DISMISSAL**

The Parties in the above-captioned action, by and through their respective counsel of record, hereby jointly stipulate and agree, pursuant to Fed. R. Civ. P 41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court.

This Joint Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the Parties. Pursuant to the terms of the Settlement Agreement and Release, each Party hereto shall bear its own attorneys' fees and costs.

Respectfully submitted,

Dated:  January 26, 2025

EARLY SULLIVAN WRIGHT
GIZER & McRAE LLP

By: /s/ – Scott E. Gizer
    Scott E. Gizer, Nev. State Bar No. 12216
    8716 Spanish Ridge Avenue, Suite 105 Las Vegas,
    NV 89148
    Attorneys for Plaintiffs

Dated:  January 26, 2025

WHITE & CASE LLP

By: /s/ – Tara M. Lee
    Tara M. Lee, Pro Hac Vice
    tara.lee@whitecase.com
    Scott Lerner, Pro Hac Vice
    scott.lerner@whitecase.com
    701 Thirteenth Street, NW
    Washington, DC 20005-3807
    Tel: (202) 626-3600
    Fax: (202) 639-9355
    Attorneys for Defendants

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
United States District Judge
Dated: January 30, 2026

2

STIPULATION FOR DISMISSAL


EARLY
SULLIVAN
WRIGHT
GIZER &
McRAE LLP
ATTORNEYS AT LAW
569570